UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| HOMER PHARES, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:19-CV-684 PLC |
| JEFF NORMAN, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor filed a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of April, 2019